```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0037--CR (JKS)
                  "USA V ROBERT LESLIE COLLINS"
                    DEF 1.1 COLLINS, ROBERT L.

       Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/20/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
 Needs interpreter: NO
  Counsel of record: Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 COLLINS, ROBERT L.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1),924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (31-1) |
| 1 - 1 IND | 2 | 21:844(a) UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE (F) | Sentenced (31-1) |
| 1 - 1 IND | 3 | 18:924(d)(1) CRIMINAL FORFEITURE (F) | Pending |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A05-0037--CR (JKS)
                 "USA V ROBERT LESLIE COLLINS"

                       For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 04/20/05
          Closed: NO
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/20/05 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 04/21/05 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 04/21/05 | [Re: DEF 1] AHB Grand Jury Minutes re Indt Secret; WOA to be issued; no bail set. |
| 3 - 1 | 05/09/05 | [Re: DEF 1] PLF 1 motion (petition) for writ of habeas corpus ad prosequendum. |
| NOTE - 2 | 05/11/05 | Issued: Writ of Habeas Corpus Ad Prosequendum re D1. |
| 4 - 1 | 05/11/05 | [Re: DEF 1] AHB Order granting motion (petition) for writ of habeas corpus ad prosequendum (3-1). cc: AUSA, USM, USPO |
| 5 - 1 | 05/11/05 | [Re: DEF 1] AHB Minute Order Arraignment is set for 5/17/05 at 10:00 a.m. in Courtroom #5.  cc: AUSA, USM, USPO |
| 6 - 1 | 05/17/05 | [Re: DEF 1] AHB Court Minutes [ECR: April Karper] re Arr on Indt (held 5/17/05); K. McCoy accepted appt; Pleas not guilty to Ct's 1-3 of Indt; def detained; ptm's due 5/31/05; FPTC set for 6/20/05 at 11:30 a.m., Trial set for 6/28/05 at 9:00 a.m.; cc: USDJ Singleton, USA, FPD, USPO, USM, JC |
| 7 - 1 | 05/17/05 | DEF 1 Attorney Appearance of K. McCoy (FPD). |
| 8 - 1 | 05/18/05 | [Re: DEF 1] AHB Order regarding preparation for trial.  Parties to hold discovery conf by 5/24/05, discovery conf cert due by 6/3/05. Pretrial motions due by 5/31/05.  cc: AUSA, FPD |
| 9 - 1 | 05/18/05 | [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: AUSA, FPD, USM, USPO |
| 10 - 1 | 05/18/05 | [Re: DEF 1] Financial Affidavit. |
| 11 - 1 | 05/18/05 | [Re: DEF 1] JKS Minute Order re TBJ set for 6/28/05 at 9:00 a.m.; FPTC set for 6/20/05 at 11:30 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 12 - 1 | 05/18/05 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 13 - 1 | 05/19/05 | [Re: DEF 1] Return of WOA executed on 5/1705. |
| 13 - 2 | 05/19/05 | [Re: DEF 1] Statistical Notice of Arrest; defendant arrested 5/17/05. |
| 14 - 1 | 05/31/05 | DEF 1 motion on shortened time to continue PTM's deadline. |
| 15 - 1 | 06/02/05 | [Re: DEF 1] JDR Order granting motion on shortened time to continue PTM's deadline until 6/10/05 (14-1). cc: USA, FPD |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0037--CR (JKS)
"USA V ROBERT LESLIE COLLINS"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 06/03/05 | [Re: DEF 1] PLF 1 Attorney Substitution of K. Feldis (AUSA). |
| 17 - 1 | 06/08/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, FPD, Judge Singleton |
| 18 - 1 | 06/15/05 | DEF 1 Unopposed motion on shortened time to continue trial & for a S&P conf w/att aff & exh. |
| 19 - 1 | 06/17/05 | [Re: DEF 1] JKS Order granting unopposed motion on shortened time to continue trial & for a S&P conf (18-1); FPTC set for 6/20 & TBJ set for 6/28 are VACATED; S&P conf set for 6/28/05 at 9:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 20 - 1 | 06/29/05 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re S&P Conf (held 2/28/05); TBJ set for 9/20/05; FPTC set for 9/12/05 at 11:00 am; excludable delay under 18 USC 3161(h)(1)(D). cc: USA, FPD, USM, USPO, JC, MJ Roberts |
| 21 - 1 | 07/19/05 | DEF 1 Notice of Intent to change plea w/att exh. |
| 22 - 1 | 07/20/05 | [Re: DEF 1] JKS Minute Order re PCOP hrg set for 8/1/05 at 1:30 p.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 23 - 1 | 08/01/05 | [Re: DEF 1] PLF 1 motion for entry of preliminary order of forfeiture. |
| 24 - 1 | 08/02/05 | [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re Prop Change of Plea Hrg (held 8/1/05); def changed pleas to guilty on cts 1-3 of the Indt; IOS set for 11/17/05 at 9:00 a.m.; def det cont; govt cnsl advised the crt they would file a Prel Ord of Forfeiture for ct 3; TBJ set for 9/29/05 is VACATED, FPTC set for 9/12/05 is VACATED; cc: USA, FPD, USM, USPO, JC, MJ Roberts. |
| 25 - 1 | 08/02/05 | [Re: DEF 1] JKS preliminary order of forfeiture. cc: USA, FPD |
| 26 - 1 | 08/02/05 | [Re: DEF 1] AMENDED JKS Court Minutes [ECR: April Karper] re Prop Change of Plea Hrg (held 8/1/05); def changed pleas to guilty on cts 1-3 of the Indt; IOS set for 11/17/05 at 9:00 a.m.; def det cont; govt cnsl advised the crt they would file a Prel Ord of Forfeiture for ct 3; TBJ set for *9/20/05 is VACATED, FPTC set for 9/12/05 is VACATED; cc: USA, FPD, USM, USPO, JC, MJ Roberts. |
| 27 - 1 | 09/12/05 | [Re: DEF 1] JKS Minute Order re IOS reset for 11/21/05 at 9:00 a.m. cc: USA, FPD, USM, USPO |
| 28 - 1 | 11/14/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 29 - 1 | 11/14/05 | DEF 1 Sentencing Memorandum. |
| 30 - 1 | 11/21/05 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re IOS (held 11/21/05); sentence imposed as stated in the judgment. |
| 31 - 1 | 11/22/05 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1,2 of the Indictment (1-1); sent 50 mos; SR 36 mos; SA $200. cc: USA, FPD, USM, USPO, Finance, FLU, MJ Roberts, def w/cnsls cy |